

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable A. E. Hickerson
County Auditor
Conroe, Texas

Dear Sir:

Opinion No. O-2686
Re: Should the official bond of a Deputy
County Surveyor be filed and approved by
the Commissioners' Court?

Your request for opinion upon the above stated question has been received and carefully considered by this department.

Article 5285, Vernon's Annotated Texas Civil Statutes, reads as follows:

"Each County Surveyor may appoint a Deputy Surveyor as he may deem necessary, and shall administer his official oath and take his bond in the sum of not less than Five Hundred Dollars ($500) nor more than Ten Thousand Dollars ($10,000), conditioned for the faithful performance of the duties of his office. The Deputy may do all acts authorized or required by law to be done by the County Surveyor."

The statute is silent as to whom said bond is payable and also silent as to who shall fix and approve said bond. The statute however uses the following language:

"Each County Surveyor may appoint a Deputy County Surveyor as he may deem necessary, <u>and shall administer his official oath and take his bond....</u>" (underscoring ours)

The above quoted language indicates that the bond of the Deputy Surveyor is for the protection of his principal, to-wit, the County Surveyor.

It is therefore the opinion of this department that

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

your question should be answered in the negative. It is our opinion that said bond should be made payable to the county surveyor, in an amount to be fixed by him within the statute, and subject to his approval.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Wm. J. Fanning

Wm. J. Fanning
Assistant

WJF:AW

Gerald C. Mann